COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In the Interest of H.L.W. and S.K.W., Children

Appellate case number:     01-21-00654-CV

Trial court case number:   91619-F

Trial court:               300th District Court of Brazoria County

Appellant, father, has filed a notice of appeal of the trial court's November 18, 2021 order in a suit affecting the parent-child relationship. Father's brief was due on January 3, 2022. *See* TEX. R. APP. P. 38.6(a). However, no brief was filed by that deadline. On January 5, 2022, the Clerk of this Court notified appellant that the time for filing his appellant's brief had expired. Also on January 5, 2022, father, through counsel, filed a motion for extension of time to file his appellant's brief, requesting that the deadline for filing father's brief be extended to January 25, 2022. The Court granted the motion and extended the deadline for filing father's brief to January 25, 2022.

On January 24, 2022, father, through counsel, filed a second motion to extend time for filing his appellant's brief. In the second motion to extend, father's appointed counsel requests that the deadline for filing an appellant's brief on behalf of father be extended to February 25, 2022. Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of November 18, 2021, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app.

Accordingly, father's second motion to extend time for filing his appellant's brief is **granted in part**. Appellant's brief must be filed on or before **February 11, 2022**. If an appellant's brief is not filed by February 11, 2022, as directed in this order, the Court will abate the appeal and direct the trial court to hold a hearing to determine whether appellant still wishes to prosecute his appeal and whether substitute counsel should be appointed. *See* TEX. FAM. CODE ANN. § 107.016(2) (providing appointed counsel must continue to serve until appeal is exhausted or waived, or attorney is relieved of his duties and replaced by court).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
                             ☑ Acting individually    ☐ Acting for the Court

Date: ___January 26, 2022_____